IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| EDWARD LAMAR BLOODWORTH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 5:13-CV-112 (MTT) |
| ) | |
| UNITED STATES OF AMERICA and ) | |
| JOHN and/or JANE DOES, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

This matter is before the Court on the Plaintiff's motion to strike the Defendants' affirmative defenses. (Doc. 14). While the law the Plaintiff cites is good law, these particular defenses are sufficiently alleged. If the Defendants should move for relief on the basis of any of these defenses, then the Defendants will have to elaborate on those defenses. Accordingly, the Plaintiff's motion to strike is **DENIED**.

**SO ORDERED,** this the 1st day of August, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT