IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **EDWARD LAMAR BLOODWORTH,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**UNITED STATES OF AMERICA and** )<br>**JOHN and/or JANE DOES,** )<br>)<br>**Defendants.** )<br>) | CIVIL ACTION NO. 5:13-CV-112 (MTT) |

## ORDER

This matter is before the Court on the Plaintiff's motion to submit digital audio evidence. (Doc. 34). The Plaintiff's motion is **DENIED**. Discovery evidence or any other matter may be filed if and when it becomes necessary and appropriate to do so.

**SO ORDERED,** this the 15th day of November, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT