**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF GEORGIA
475 MULBERRY STREET
P. O. BOX 65
MACON, GEORGIA 31202-0065

CHAMBERS OF
MARC T. TREADWELL
JUDGE

TELEPHONE: 478-752-3500
TELECOPIER: 478-752-3502

January 22, 2014

**VIA CM/ECF**

Mr. Edward L. Bloodworth          Ms. Sheetul S. Wall
                                   Attorney at Law

    Re:    **Bloodworth v. United States of America,** *et al.*
           **Civil Action No. 5:13-CV-112(MTT)**

Dear Mr. Bloodworth and Ms. Wall:

      The Defendant's attorney has asked the Court's courtroom deputy whether she should respond to the Plaintiff's motion to amend. The answer, which should be obvious, is yes. In particular, if the Government's attorney believes that the amendment would be futile because the claims would be barred by the statute of limitations, she certainly needs to brief that issue.

      With best regards.

                            Sincerely,

                            s/Marc T. Treadwell

                            Marc T. Treadwell

MTT:tlh